UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LISA HERNANDEZ | * | CIV ACTION NO.: 3:14-CV-42-sdd-ewd |
| VERSUS | * | JUDGE SHELLY D. DICK |
| EARL THERIOT, ET AL. | * | MAG. JUDGE ERIN WILDER-DOOMES |

*****************************************************************

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

## AFFIDAVIT OF SETTLEMENT EFFORTS

Before me, the undersigned authority, personally came and appeared TREGG C. WILSON, who after being duly sworn did depose and state as follows:

1. That he is the plaintiff's trial attorney of record in the proceeding entitled Hernandez v. Theriot, MDLA #3:14-cv-42-sdd-ewd.

2. That this document is the plaintiff attorney's affidavit of settlement efforts.

3. After an initial offer having been made by Plaintiff, your Defendant Town of Sorrento made a counteroffer to Plaintiff's counsel and the same was conveyed to Plaintiff by me and I consequently made a counteroffer to Defendants on February 18, 2016.

4. The counteroffer dated February 18, 2016 was rejected by Defendants and no further offers have been received to date.

5. That I personally met with opposing counselors of record at 8550 United Plaza Blvd, Suite 702, Baton Rouge, LA, on April 19, 2016, at approximately 2:00pm, for the purposes of discussing settlement efforts in the above referenced matter.

6. The possibility of settlement was discussed at said meeting with Sally Fleming, Scott Thomas and me.

7. At said meeting I reiterated the good faith settlement counteroffer I made to defendants' counselors of record and they took it under consideration again and agreed to speak with their clients again about the possibility of mediation with the Magistrate Judge.

8. An email has been sent out by plaintiff's counsel on April 21, 2016, reiterating the amounts offered by the parties previously, for future reference.

_____
TREGG C. WILSON, Affiant

Sworn to and subscribed before me, the undersigned authority on this the 22nd day of April, 2016, BATON ROUGE, Louisiana.

_____
CHARLES C. WILSON, Notary Public
Louisiana Bar Roll No. 13551
Commission Expires: At Death

## CERTIFICATE OF SERVICE

This is to certify that on this the 22nd day of April, 2016, the above and foregoing affidavit in the above captioned matter have been sent via US Mail postage prepaid to all parties of record along with the same having been filed via CM/ECF.



_____
Tregg C. Wilson