**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LISA HERNANDEZ** | * | **CIVIL ACTION NO. 3:14-CV-42-SDD-EWD** |
| **VERSUS** | * | **JUDGE SHELLY D. DICK** |
| **EARL THERIOT, ET AL.** | * | **MAGISTRATE ERIN WILDER-DOOMES** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**JOINT STIPULATION
OF
EXHIBITS**

NOW INTO COURT, come defendants, Earl Theriot ("Mr. Theriot"), and the Town of

Sorrento, and Plaintiff, Lisa Hernandez ("Ms. Hernandez"), who respectfully move jointly to

stipulate and agree to offer, file and introduce into evidence the following exhibits:

**I.      Exhibit List.**

The Defendant intends to admit the following evidence under this Stipulation:

| | |
|---|---|
| A-1 | Voicemail from Lisa Hernandez to Earl Theriot, 2013-11-04 [audio] |
| A-2 | Voicemail from Lisa Hernandez to Earl Theriot, 2013-11-12 [audio] |
| B-1 | Photograph of Sorrento Police Department |
| B-2 | Photograph of Sorrento Police Department |
| B-3 | Photograph of Sorrento Police Department |
| B-4 | Photograph of Sorrento Police Department |
| B-5 | Photograph of Sorrento Police Department |
| B-6 | Photograph of Sorrento Police Department |
| B-7 | Photograph of Sorrento Police Department |
| B-8 | Photograph of Sorrento Police Department |

B-9         Photograph of Sorrento Police Department

B-10        Photograph of Sorrento Police Department

B-11        Photograph of Sorrento Police Department

B-12        Photograph of Sorrento Police Department

B-13        Photograph of Sorrento Police Department

C-3         Interview of Lisa Hernandez

The Plaintiff intends to admit under this Stipulation the following Plaintiff's Exhibits:

1.          12:53pm on 11-1-13, Dispatch

2.          12:55pm on 11-1-13, Dispatch

4.          2:41pm on 11-1-13, Dispatch

7.          2:56pm on 11-1-13, Dispatch

10.         Lisa Hernandez Interview

12.         Earl Theriot Interview, 1-2-14

14.         Earl Theriot Interview, 1-9-14

16.         FBI recorded call between Ms. Hernandez and Mr. Theriot at 2:47pm on 12-5-13

17.         FBI recorded call between Ms. Hernandez and Mr. Theriot at 11:19am on 12-9-13

18.         FBI recorded call between Ms. Hernandez and Mr. Theriot at 11:24am on 12-9-13

19.         FBI recorded call between Ms. Hernandez and Mr. Theriot at 11:26am on 12-9-13

20.         FBI recorded call between Ms. Hernandez and Mr. Theriot at 5:27pm on 12-9-13

21.         FBI recorded call between Ms. Hernandez and Mr. Theriot at 11:11am on 1-3-14

22.         FBI recorded call between Ms. Hernandez and Mr. Theriot at 11:34am on 1-3-14

23.         FBI recorded call between Ms. Hernandez and Mr. Theriot at 12:19pm on 1-3-14

24.         Earl Theriot Plea Agreement

25.	FBI recording of Hernandez & Theriot live meeting on 12-9-2013 (audio only)

We also intend to stipulate to the transcripts of the foregoing audio recordings.

 If Lynette Diez testifies, then her FBI interview shall be admitted under this Stipulation, but not in the event she does not testify.

If Vicki Dupuy testifies, then her FBI interview shall be admitted under this Stipulation, but not in the event she does not testify.

This is not a comprehensive list of Impeachment Evidence. Furthermore, if Ms. Hernandez lies about her prior convictions, the Comprehensive Report on Lisa Ann Hernandez provided by the FBI/Ascension Parish Sheriff's Office shall be permitted to be used for impeachment purposes only.

**WHEREFORE,** Plaintiff and Defendant so move this Honorable Court.

**Respectfully submitted this 4th day of June, 2016**,
**By:	The Law Office of Sally Dunlap Fleming, P.L.C.**


_____*/s/ Sally Dunlap Fleming*_____
**SALLY D. FLEMING (20814), T.A.**
**OWEN M. COURRÈGES (31113)**
**818 Howard Avenue, Suite 305**
**New Orleans, LA 70113**
**Telephone: (504) 891-3090**
**Telecopier: (504) 895-5190**


**Attorneys for Earl Theriot.**


**By:	J. Scott Thomas**


___*s/ J. Scott Thomas*_____
**J. SCOTT THOMAS (22635)**
**700 North 10th Street, Suite 440**
**Post Office Box 4327**
**Baton Rouge, LA 70821**
**Telephone: (225) 344-5001**
**Telecopier: (225) 336-5277**


**Attorney for the Town of Sorrento.**

**By:     Tregg C. Wilson**

___*s/ Tregg C. Wilson*_____
**TREGG C. WILSON (27328), T.A.**
**CHARLES C. WILSON**
**Wilson & Wilson, LLC**
**Baton Rouge, LA 70809**
**225-663-1900 fax 225-922-4550**

**Attorneys for Lisa Hernandez.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of June, 2016, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to the following:

Mr. Charles Connell Wilson
Wilson & Wilson
8550 United Plaza Boulevard, Suite 702
Baton Rouge, LA 70803

Mr. Tregg C. Wilson
Wilson & Wilson
8550 United Plaza Boulevard, Suite 702
Baton Rouge, LA 70803

Mr. Scott Thomas
700 N. 10th St
Baton Rouge, LA 70802

_____*s/ Sally D. Fleming*_____
**SALLY DUNLAP FLEMING**

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LISA HERNANDEZ** | * | **CIVIL ACTION NO. 3:14-CV-42-SDD-EWD** |
| **VERSUS** | * | **JUDGE SHELLY D. DICK** |
| **EARL THERIOT, ET AL.** | * | **MAGISTRATE ERIN WILDER-DOOMES** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

### CONSIDERING THE FORGOING:

The Defendant intends to admit the following evidence:

A-1     Voicemail from Lisa Hernandez to Earl Theriot, 2013-11-04 [audio]

A-2     Voicemail from Lisa Hernandez to Earl Theriot, 2013-11-12 [audio]

B-1     Photograph of Sorrento Police Department

B-2     Photograph of Sorrento Police Department

B-3     Photograph of Sorrento Police Department

B-4     Photograph of Sorrento Police Department

B-5     Photograph of Sorrento Police Department

B-6     Photograph of Sorrento Police Department

B-7     Photograph of Sorrento Police Department

B-8     Photograph of Sorrento Police Department

B-9     Photograph of Sorrento Police Department

B-10    Photograph of Sorrento Police Department

B-11    Photograph of Sorrento Police Department

5

B-12        Photograph of Sorrento Police Department

B-13        Photograph of Sorrento Police Department

C-3        Interview of Lisa Hernandez

The Plaintiff intends to admit under this Stipulation the following Plaintiff's Exhibits:

1.        12:53pm on 11-1-13, Dispatch

2.        12:55pm on 11-1-13, Dispatch

4.        2:41pm on 11-1-13, Dispatch

7.        2:56pm on 11-1-13, Dispatch

10.        Lisa Hernandez Interview

13.        Earl Theriot Interview, 1-2-14

14.        Earl Theriot Interview, 1-9-14

16.        FBI recorded call between Ms. Hernandez and Mr. Theriot at 2:47pm on 12-5-13

17.        FBI recorded call between Ms. Hernandez and Mr. Theriot at 11:19am on 12-9-13

18.        FBI recorded call between Ms. Hernandez and Mr. Theriot at 11:24am on 12-9-13

19.        FBI recorded call between Ms. Hernandez and Mr. Theriot at 11:26am on 12-9-13

20.        FBI recorded call between Ms. Hernandez and Mr. Theriot at 5:27pm on 12-9-13

21.        FBI recorded call between Ms. Hernandez and Mr. Theriot at 11:11am on 1-3-14

22.        FBI recorded call between Ms. Hernandez and Mr. Theriot at 11:34am on 1-3-14

23.        FBI recorded call between Ms. Hernandez and Mr. Theriot at 12:19pm on 1-3-14

24.        Earl Theriot Plea Agreement

25.        FBI recording of Hernandez & Theriot live meeting on 12-9-2013 (audio only)

The Parties also intend to stipulate to the transcripts of the foregoing audio recordings.

If Lynette Diez testifies, then her FBI interview shall be admitted under this Stipulation, but not in the event she does not testify.

If Vicki Dupuy testifies, then her FBI interview shall be admitted under this Stipulation, but not in the event she does not testify.

This is not a comprehensive list of Impeachment Evidence.  However, if Ms. Hernandez lies about her prior convictions, the Comprehensive Report on Lisa Ann Hernandez shall be permitted to be used for Impeachment Evidence.

**IT IS ORDERED** on the __ day of _____, 2016 that the above and foregoing stipulation be

and hereby is granted and the foregoing documents and photographs are hereby offered, filed and

introduced into evidence.

_____
**J U D GE**