U.S. District Court, Middle District of Louisiana
Exhibits Log for: 3-14CV00042-SDD-EWD
Lisa Hernandez v. Earl Theriot, 6/6/2016

| Exhibit | Description |
| --- | --- |
| Pla-1-a | DispatchLog1253pm |
| Pla-2-a | DispatchLog1255pm |
| Pla-4-a | DispatchLog241pm |
| Pla-7-a | DispatchLog256pm |
| Pla-10-a | Hernandez_Interview |
| Pla-11-a | Dupuy_Interview |
| Pla-13-a | Theriot1_Interview |
| Pla-14-a | Theriot2_Interview |
| Pla-16-a | PhoneCall1 |
| Pla-17-a | PhoneCall2 |
| Pla-18-a | PhoneCall3 |
| Pla-19-a | PhoneCall4 |
| Pla-20-a | PhoneCall5 |
| Pla-21-a | PhoneCall6 |
| Pla-22-a | PhoneCall7 |
| Pla-23-a | PhoneCall8 |
| Pla-24-a | Theriot_Plea_Agreement |
| Pla-25-a | HernandezandTheriot_live_meeting_audio |
| Def-A-1 | Hernandez voicemail 2013-11-04 |
| Def-A-2 | Hernandez voicemail 2013-11-12 |
| Def-B-1 | Photo of SPD exterior door |
| Def-B-10 | Photo of SPD Theriot`s office |
| Def-B-11 | Photo of SPD Theriot`s office 2 |
| Def-B-12 | Photo of SPD Theriot`s car |
| Def-B-13 | Photo of SPD Theriot`s car 2 |
| Def-B-2 | Photo of SPD interior door |
| Def-B-3 | Photo of SPD interior |
| Def-B-4 | Photo of SPD locked interior door |
| Def-B-5 | Photo of SPD hallway |
| Def-B-6 | Photo of SPD locked door 2 |
| Def-B-7 | Photo of SPD Theriot`s door |
| Def-B-8 | Photo of SPD Theriot`s doorknob exterior |
| Def-B-9 | Photo of SPD Theriot`s doorknob interior |
| Def-C-3 | Interview of Lisa Hernandez |
| Def-C-5 | Dwayne Hingle Phone Call |