# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LISA HERNANDEZ | CIVIL ACTION |
| VERSUS | 14-42-SDD-EWD |
| EARL THERIOT, ET AL. | |

## JUDGMENT

For the written reasons assigned:

*Judgment* is hereby entered in favor of Plaintiff, Lisa Hernandez, and against Defendants, Earl Theriot and the Town of Sorrento. Plaintiff is awarded $15,000.00 in compensatory damages, and $35,000.00 in punitive damages against Defendant Earl Theriot in his individual capacity.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 1 day of August, 2016.

*[signature: Shelly Dick]*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA